UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLDWIDE AIRCRAFT
SERVICES, INC.,

    Plaintiff,

v.                                         Case No. 8:22-cv-0410-KKM-SPF

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

    Plaintiff notified the Court that the parties have settled this case. (Doc. 26.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on August 9, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge